the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Lewell C. Butler* for petitioner. No appearance for respondent.

No. 357. BECKER STEEL CO. *v.* HICKS, ALIEN PROPERTY CUSTODIAN, ET AL. October 16, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. E. Crosby Kindleberger* for petitioner. *Solicitor General Biggs* and *Messrs. Harvey B. Cox* and *W. Marvin Smith* for respondents.

No. 360. MARTIN *v.* ROYAL MAIL STEAM PACKET CO. ET AL. October 16, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. J. Bertram Wegman* for petitioner. *Mr. Morton L. Fearey* for respondents.

No. 362. DETROIT FIDELITY & SURETY CO. *v.* THIRD NATIONAL BANK. October 16, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John B. Sutton* for petitioner. *Mr. H. H. Taylor* for respondent.

No. 365. NEW ORLEANS & GREAT NORTHERN R. CO. ET AL. *v.* BRANTON, ADMINISTRATRIX. October 16, 1933. Petition for writ of certiorari to the Supreme Court of Mississippi denied. *Messrs. Ellis B. Cooper* and *J. N. Flowers* for petitioners. *Mrs. Vivian Branton, pro se.*